IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELICA CHUA,

    Plaintiff,

  v.

FIRST HORIZON HOME LOAN CORPORATION, et al.,

    Defendants.

No. C 11-03576 JSW

**ORDER TO SHOW CAUSE**

    This matter is set for a hearing on December 9, 2011 on the motion to dismiss filed by defendants First Tennessee Bank National Association, sued as First Horizon Home Loan Corporation, ("First Tennessee") and First Horizon National Corporation ("First Horizon") (collectively, "Defendants"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by September 26, 2011. To date, Plaintiff have not filed an opposition or statement of non-opposition.

    Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **December 12, 2011**, why the pending motion to dismiss should not be granted in light of her failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendants' motion, Plaintiff must demonstrate good cause for failing to file her opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff

is admonished that her failure to respond this Order by **December 12, 2011**, will result in a dismissal of this action.

If Plaintiff seeks to file a substantive response to Defendants' motion and demonstrates good cause for her delay, the Court will provide Defendants an opportunity to file a reply brief. The Court FURTHER ORDERS that the hearing on Defendants' motion to dismiss is HEREBY VACATED and will be reset if necessary.

**IT IS SO ORDERED.**

Dated: November 29, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANGELICA CHUA,

        Plaintiff,

  v.

FIRST HORIZON HOME LOAN et al,

        Defendant.
                                      /

Case Number: CV11-03576 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Angelica Chua
319 Sycamore Street
Pacifica, CA 94044

Dated: November 29, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk