IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CHUA,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST HORIZON HOME LOAN<br>CORPORATION, et al.,<br><br>    Defendants.<br>_____ / | No. C 11-03576 JSW<br><br><br><br>**ORDER OF DISMISSAL** |

On November 29, 2011, the Court issued an Order to show cause why this case should not be dismissed for failure to prosecute. The Court further ordered that Plaintiff's response to the Order to Show Cause would be due by December 12, 2011, and that if she failed to file a response to the Order to Show Cause by December 12, 2011, the Court would dismiss this case. To date, Plaintiff has not filed any response to the show cause Order. Accordingly, this matter is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA CHUA,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST HORIZON HOME LOAN et al,<br><br>    Defendant.<br>_____/ | Case Number: CV11-03576 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Angelica Chua
319 Sycamore Street
Pacifica, CA 94044

Dated: January 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk